UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKELL MATHEWS,

    Plaintiff,

v.

ROBLOX CORPORATION,

    Defendant.

Case No. 25-cv-08833-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to 25-cv-3088 AMO.

**IT IS SO ORDERED.**

Dated: October 17, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge